# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PANAGIOTIS THEODOROPOULOS d/b/a ELIKI OLIVE OIL, an individual; and ELIKI OLIVE OIL, LLC d/b/a ALIKI'S GREEK TAVERNA, a California limited liability company,<br><br>                Plaintiffs,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, a public entity; and JONATHAN FIELDING, ANGELO BELLOMO, TERRANCE POWELL, JAQUELINE TAYO, LETAUN COLE COTTON, NWAMAKA ORANUSI, VERNY GRAJEDA, ZIAD ASKAR, AND JANGBIR SINGH, all individuals,<br><br>                Defendants. | Case No. EDCV 15-441 JGB (RZx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    In accordance with the Court's Order filed herewith, the Court hereby DISMISSES this case.

    Plaintiffs' federal claims are DISMISSED WITH PREJUDICE. Plaintiffs' state-law claims are DISMISSED

1 | WITHOUT PREJUDICE to Plaintiffs bringing those claims
2 | in state court.
3
4 |     IT IS SO ORDERED.
5
6 | Dated: October 15, 2015
7
8 |     THE HONORABLE JESUS G. BERNAL
    United States District Judge